Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorney for Capio Partners, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE GEORGE,<br><br>            Plaintiff,<br>     vs.<br><br>CAPIO PARTNERS LLC, and<br>DOES 1 to 20, INCLUSIVE,<br><br>            Defendants. | Case No.:  14-cv-00453-AWI-GSA<br><br>STIPULATION TO DISMISS ACTION WITH PREJUDICE<br> ORDER |

///

///

///

///

///

It is hereby stipulated by Plaintiff Carrie George and Defendant Capio Partners, LLC, through undersigned counsel, that this action shall be dismissed in its entirety with prejudice and with each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: 5/22/14 | LAW OFFICES OF TODD M. FRIEDMAN, P.C. |
| | _/s/Nicholas J. Bontrager_ |
| | Nicholas J. Bontrager |
| | Attorney for Plaintiff |
| | Carrie George |
| Dated: 5/22/14 | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P. |
| | _/s/Debbie P. Kirkpatrick_ |
| | Debbie P. Kirkpatrick |
| | Attorney for Defendant |
| | Capio Partners, LLC. |

IT IS SO ORDERED.

Dated:   May 23, 2014                            _____
                                                 SENIOR DISTRICT JUDGE